### HELLER v. NATIONAL WAISTBAND CO.†

(Circuit Court of Appeals, Second Circuit. March 23, 1909.)

CONTEMPT (§ 66*)—APPEAL OR WRIT OF ERROR—CONTEMPT.

Where an order imposing a fine for violating an injunction is to reimburse the party injured by the violation, it can be reviewed only by appeal, as writ of error will lie only where the fine is punitive and in vindication of the authority of the court.

[Ed. Note.—For other cases, see Contempt, Cent. Dig. §§ 214–221; Dec. Dig. § 66.*]

In Error to the Circuit Court of the United States for the Southern District of New York.

Hans von Briesen, for the motion.

A. A. Berman, opposed.

Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. It is well settled that, when an order imposing a fine for violation of injunction is substantially one to reimburse the party injured by the disobedience, it is to be reviewed only by appeal. Writ of error will lie only when the fine is clearly punitive, and in vindication of the authority of the court, as is the case where the fine is made payable in whole or in part to the United States. Matter of Christensen Eng. Co., 194 U. S. 458, 24 Sup. Ct. 729, 48 L. Ed. 1072.

The writ of error is dismissed. Defendant's remedy is by appeal.